A total of one hour will be allowed for argument on these questions.

*Edward J. Bennett* and *Harold H. Corbin* for petitioner in No. 183. *Henry G. Singer* and *Harry Silver* for petitioner in No. 184. *Rudolph Stand* and *Frank Aranow* for petitioner in No. 186. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Richard J. Blanchard* for the United States.

No. 242. SEXTON *v.* BARRY ET AL. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Thomas O. Nevison* for Barry, respondent.

No. 248. HOOD ET AL. *v.* BOARD OF TRUSTEES OF SUMTER COUNTY SCHOOL DISTRICT No. 2, SUMTER COUNTY, SOUTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied. *Augustus S. Merrimon* for petitioners.

No. 256. HENRY HANGER & DISPLAY FIXTURE CORP. ET AL. *v.* SEL-O-RAK CORPORATION. C. A. 5th Cir. Certiorari denied. *Milton M. Mokotoff* and *Murray A. Gordon* for petitioners. *Leonard Michaelson* and *Karl W. Flocks* for respondent.

No. 284. MARKUN ET AL. *v.* DULING ET AL., EXECUTORS; and

No. 336. DULING ET AL., EXECUTORS, *v.* MARKUN ET AL. C. A. 7th Cir. Certiorari denied. *Gustav H. Dongus* for Markun et al. *James M. Guiher* for Duling et al. Reported below: 231 F. 2d 833.